## United States District Court for the Northern District of Illinois

Case Number: 08CV3870    Assigned/Issued By: DAJ

Judge Name: KENNELLY    Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP         [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2915123

Date Payment Rec'd: 07/08/08    Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

__1__ Original and __0__ copies on __07/08/08__ as to __DEF._____
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05