AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MENDEL MENDELOVITS,
Plaintiff,

V.

ALBANY BANK & TRUST COMPANY, N.A.
Defendant.

CASE NUMBER: 08CV3870

ASSIGNED JUDGE: JUDGE KENNELLY

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Albany Bank & Trust Company N.A.
3400 W. Lawrence Ave.
Chicago, IL 60625

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*

**(By) DEPUTY CLERK**

**July 8, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-14-08 |
| NAME OF SERVER (PRINT) Lisa Everett | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Albany Bank + Trust Company, NA Melissa Montalvo, Manager, 3400 W. Lawrence Ave., Chicago, IL 60625 F, H, 24, 5'5", 125lbs, Black hair

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-14-08
            Date

Signature of Server: /s/ L. Everett

Address of Server: 207 E. Ohio Ste 372, Chicago, IL 60611

Susan Milby
Notary Public Seal State of Indiana
Lake County
My Commission Expires 11/14/2015

*Susan Milby*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.